UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR07-5653 |
| Plaintiff, ) | |
| v. ) | |
| ) | DETENTION ORDER |
| WILLIAM J. SYBERTZ, ) | |
| Defendant. ) | |

<u>Offense charged</u>: Operating a Motor Vehicle Under the Influence of Alcohol; Possession of a Controlled Substance; Operating a Motor Vehicle Without a Valid Operator's License

<u>Date of Detention Hearing</u>:  May 12 , 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The above-referenced charges were allegedly committed in the Olympic National

Park in August 2007. Defendant failed to appear and a bench warrant was ordered. Defendant was not interviewed by Pretrial Services. He was offered the opportunity to have the detention hearing scheduled at a later date, but indicated his preference to go forward at the initial appearance.

2.  Defendant's criminal history includes serious felony charges, including armed robbery, attempted armed robbery and felon in possession of a firearm. He has multiple DUI convictions. His criminal history includes multiple failures to appear with resultant bench warrant activity.

3.  Defendant's background information is largely unknown.

4.  Defendant poses a risk of nonappearance due to unknown background information, prior failures to appear, failures to comply with court orders/terms of supervision, and possible substance abuse issues. Defendant poses a risk of danger due to criminal history and the nature of the pending charges, specifically, an alcohol-related driving offense.

5.  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with

01 counsel;

02 (3) On order of a court of the United States or on request of an attorney for the

03 Government, the person in charge of the corrections facility in which defendant is

04 confined shall deliver the defendant to a United States Marshal for the purpose of

05 an appearance in connection with a court proceeding; and

06 (4) The clerk shall direct copies of this Order to counsel for the United States, to

07 counsel for the defendant, to the United States Marshal, and to the United States

08 Pretrial Services Officer.

09 DATED this 12th day of May, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91